# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SARAH VAZQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>KARCHER NORTH AMERICA, INC.<br>and DANIEL ORTIZ<br><br>    Defendants. | Civ. No. 13-3817 (WJM)<br><br>ORDER |

A Report and Recommendation was filed on September 23, 2013 recommending that the undersigned grant Plaintiff's motion to remand. The parties were notified that they had fourteen (14) days to submit objections and responses to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objection or response having been received by this Court, and the Court having reviewed the Report and Recommendation *de novo*, and good cause appearing;

**IT IS** on this 8th day of October 2013, hereby,

**ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's motion to remand is **GRANTED**.

/s/ William J. Martini
_____
**WILLIAM J. MARTINI, U.S.D.J.**

cc:   The Hon. Mark Falk, U.S.M.J.